FILE COPY

DATE: 6/19/2015

RE: Case No. 14-0353

COA #: 12-12-00357-CV     TC#: 2011-12-0993

STYLE: MELISSA VAN NESS, INDIVIDUALLY AND AS NEXT OF FRIEND, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, RONALD VAN NESS, INDIVIDUALLY AND AS NEXT FRIEND OF, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, AND ESTATE OF NICHOLAS VAN

v. ETMC FIRST PHYSICIANS & KRISTIN AULT, D.O.

Today the Supreme Court of Texas denied the motion for rehearing in the above-referenced cause.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 2 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK